OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R
0002003152
MAILED FROM ZIPCODE

$ 00.26⁵
DEC 22 2014

12/15/2014

BRANUM, ALFRED LEE        Tr. Ct. No. 486844-A        WR-52,825-07

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

Discharge
UTF

ALFRED LEE BRANUM
PACK UNIT - TDC# 286354
2400 WALLACE PACK
NAVASOTA, TX 77869

UTF

1EBN3B 77868